AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | 1:19-mj-0146 |
| JAYLEN BRANCHEAU | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   August 1, 2018-January 31, 2019   in the county of   Johnson   in the

Southern   District of   Indiana   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | False Statement During the Purchase of a Firearm |
| 21 U.S.C. § 841(a) | Possession with Intent to Distribute a Controlled Substance |
| 18 U.S.C. § 924(c) | Possession of a Firearm During and in Relation to a Drug Trafficking Offense |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_Celia Wright_
_Complainant's signature_

Celia A. Wright, SA/ATF
_Printed name and title_

Sworn to before me and signed in my presence.

Date:   02/05/2019

_Doris Pryor_
_Judge's signature_

City and state:   Indianapolis, IN

Doris L. Pryor, U.S. Magistrate Judge
_Printed name and title_

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT**

I, Special Agent Celia A. Wright, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or facts of which I am aware of relating to this investigation.

2.      I am currently a criminal investigator (Special Agent) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been employed as such for approximately four (4) years. I have been involved in numerous firearm and narcotics investigations and have been the affiant on numerous federal search warrants and federal criminal complaints. I have had training at Federal Law Enforcement Training Center (FLETC) in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I also have 3 years of experience as a math teacher and obtained a bachelor's degree in mathematics and master's degree in administration and leadership.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, informants and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4.      ATF is conducting a criminal investigation concerning Jaylen Brancheau (BRANCHEAU), DOB: XX/XX/2000 for violation(s) of Title 18, United States Code, Section 922(a)(6) (False Statement During the Purchase of a Firearm); Title 21, United States Code, Section 841(a) (Possession with Intent to Distribute a Controlled Substance); and Title 18, United States Code, Section 924(c) (Possession of a Firearm During and in Relation to a Drug Trafficking Offense).

5.      During fall of 2018, Crime Gun Intelligence Center (CGIC) members, including Indianapolis Metropolitan Police Department (IMPD) officers and Special Agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), became aware of BRANCHEAU after multiple shots-fired runs to BRANCHEAU's address, 1101 Coventry Court, Greenwood, Indiana. A review of BRANCHEAU's social media shows BRANCHEAU in possession of suspected firearms and marijuana. CGIC members also viewed videos on BRANCHEAU's social media in fall of 2018, which showed BRANCHEAU firing a suspected firearm into the air. The area where the video is filmed appeared to be near 1101 Coventry Court. This video has since been deleted. In August 2018, BRANCHEAU was the suspect in an armed robbery in Greenwood, Indiana. A consent search at 1101 Coventry Court was conducted by Greenwood Police after the armed robbery and items belonging to the victim were recovered. BRANCHEAU waived his *Miranda* rights and admitted to Greenwood Police that he and a friend robbed a person from whom they were buying marijuana. CGIC members continued to monitor BRANCHEAU's social media, on which BRANCHEAU publicly advertised marijuana for sale, specifically during January 2019. CGIC members found 660 Wood Dale Terrace #9, Greenwood, Indiana, as an address registered to BRANCHEAU's girlfriend beginning January 2019. CGIC members obtained BRANCHEAU's phone number through a confidential source and obtained a cellular precision locator warrant for BRANCHEAU's phone

number (317)790-5057. Information from precision location data showed BRANCHEAU spending significant amounts of time at 660 Wood Dale Terrace #9. Through social media, surveillance, and precision locator data, CGIC members determined 660 Wood Dale Terrace #9 as BRANCHEAU's address, and the address where BRANCHEAU regularly took photos featuring firearms and marijuana that were posted to his social media with date and time stamps.   Some such posts are as follows:







4







6.      On January 31, 2019, CGIC members obtained a state search warrant for BRANCHEAU's residence, 660 Wood Dale Terrace #9. CGIC members established surveillance on BRANCHEAU's address and BRANCHEAU was observed entering the apartment building with a large duffel bag and exiting with a green book bag, a short time later. BRANCHEAU got into a black Kia sedan and began to drive away from his residence. Constant surveillance was maintained on BRANCHEAU and a traffic-stop was subsequently conducted near the intersection of Fry and Madison Road in Greenwood, Indiana. During the traffic stop, a quantity of marijuana, a Kel-Tec 9mm firearm (serial # FF2302), plastic baggies, and a digital scale were recovered inside the green book bag BRANCHEAU carried to the vehicle prior to the traffic-stop. The Kel-Tec 9mm had been featured in many of BRANCHEAU's social media posts. BRANCHEAU was the only occupant of the vehicle and claimed the book bag and its contents belonged to him. Moments later, a search warrant was executed at 660 Wood Dale Terrace # 9. During the search warrant, a firearm box containing the receipt to the Kel-Tec 9mm firearm (serial # FF2303), was located. The Kel-Tec receipt was from Indy Trading Post in Indianapolis, Indiana and was dated December 27, 2018.

7.      BRANCHEAU was read his *Miranda* rights, and agreed to speak with CGIC members. BRANCHEAU said the green book bag, and the scale, marijuana, baggies, and Kel-Tec firearm inside the book bag, were his. BRANCHEAU said he smokes marijuana on a daily basis and has for years; BRANCHEAU also said he sells one (1) to five (5) grams of marijuana per day. When asked about the firearm inside the green book bag, BRANCHEAU said he carries the firearm for personal protection, and that he purchased the Kel-Tec firearm, himself, in December 2018. BRANCHEAU advised he lived at 1101 Coventry Court in Greenwood, Indiana, last year and then moved to 660 Wood Dale Terrace #9 with his girlfriend this year. When asked if he ever lived in Ninevah, BRANCHEAU said he lived there during his childhood, but has not lived there in several years.

8.      On February 1, 2019, CGIC members obtained the ATF 4473 Form BRANCHEAU filled out at Indy Trading Post prior to purchasing the Kel-Tec firearm (serial # FF2302) on December 27, 2018. On the form, BRANCHEAU wrote down 7506 Grizzly Drive, Ninevah, Indiana, as his current address. BRANCHEAU also selected and checked the "no" response box for question #11 on the 4473 Form which asks "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance?" The warning in bold font under question #11 states "Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside."

9.      All of the above-described events occurred in the Southern District of Indiana, Indianapolis Division.

10.     On February 4, 2019, I contacted ATF Interstate Nexus Expert SA Brian Clancy regarding the above-described 9mm Kel-Tec firearm (serial # FF2302). SA Clancy determined that the Kel-Tec was not manufactured within the state of Indiana and had therefore traveled in interstate commerce prior to his possession of it.

## **CONCLUSION**

11.     Based on the facts set forth herein, I respectfully submit that probable cause exists to believe that on or about December 27, 2018, BRANCHEAU committed violation(s) of 18 U.S.C. § 922(a)(6), 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 924(c).


_____
Special Agent Celia A. Wright
Bureau of Alcohol, Tobacco, Firearms and Explosives


Sworn to and subscribed before me this 5th day of February 2019.


_____
The Honorable Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

8