UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
FEB 05 2019
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| UNITED STATES OF AMERICA, | ) |
| :--- | :--- |
| Plaintiff, | ) |
| v. | ) Cause No. 1:19-mj-0146 |
| JAYLEN BRANCHEAU, | ) |
| Defendant. | ) |

### PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1 | False Statement During the Purchase of a Firearm 18 U.S.C. § 922(a)(6) | 0-10 years | $250,000 | NMT 3 years | |
| 2 | Possession with Intent to Distribute a Controlled Substance 21 U.S.C. § 841(a) | 0-5 years | $250,000 | NLT 2 years | |
| 3 | Possession of a Firearm During and in Relation to a Drug Trafficking Offense 18 U.S.C. § 924(c) | 5-Life | $250,000 | NMT 5 years (consecutive to any sentence for Count 2) | |

Dated: _____      _____
JAYLEN BRANCHEAU
Defendant

      I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____

United States Magistrate Judge
Southern District of Indiana