AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br><br>JAYLEN BRANCHEAU<br><br>_____<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:19-mj-0146 |

**FILED**
FEB 0 6 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jaylen Brancheau                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Count 1: False Statement During the Purchase of a Firearm, in violation of 18 U.S.C. § 922(a)(6).
Count 2: Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a).
Count 3: Possession of a Firearm During and in Relation to a Drug Trafficking Offense, in 18 U.S.C. § 924(c).

Date:  2/5/19

_____
Issuing officer's signature

City and state:  Indianapolis, IN

Doris L. Pryor, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/6/19 , and the person was arrested on *(date)* 2/6/19
at *(city and state)* Indianapolis, IN .

Date:  2/6/19

_____
Arresting officer's signature

ATF Special Agent Celia Wright
*Printed name and title*