UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CAUSE NO. |
| JAYLEN BRANCHEAU, | ) 1:19-cr-0048 TWP-MJD |
| Defendant. | ) |

**FILED FEB 20 2019 U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA**

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The potential penalties are as follows:

| Counts | Statute | Years of Imprisonment | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) Possession with Intent to Distribute a Controlled Substance | 0-5 | $250,000 | NLT 2 Year |
| 2 | 18 U.S.C. § 924(c)(1)(A)(i) Possessing a Firearm in Furtherance of a Drug Trafficking Crime | 5 – Life | $250,000 | NMT 5 Years |
| 3 and 4 | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) False Statement During Purchase of a Firearm | NMT 10 Years | $250,000 | NMT 3 Years |

Dated: _____    _____
                                  JAYLEN BRANCHEAU
                                  Defendant

I certify that the defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____

United States Magistrate Judge
Southern District of Indiana