AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

**FILED**
FEB 2 8 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

JAYLEN BRANCHEAU

*Defendant*

Case No.

**1:19-cr-0048 TWP-MJD**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JAYLEN BRANCHEAU ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D)
Count 2: Possessing a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i)
Counts 3 & 4: False Statement During Purchase of a Firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2)

Date:   2/20/2019

CLERK OF COURT, Laura A. Briggs

BY: _____
        *Deputy Clerk*

City and state:   Indianapolis, IN

| Return |
|---|
| This warrant was received on *(date)* 2-20-19 , and the person was arrested on *(date)* 2-28-19 at *(city and state)* Indianapolis, IN . |
| Date: 2-28-19 |
| *Arresting officer's signature* |
| Dave Clarke - DUSM |
| *Printed name and title* |