# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | 1:19-cr-00048 TWP-MJD |
| ) | |
| JAYLEN BRANCHEAU, ) | |
|     Defendant. ) | |

## APPEARANCE

Please enter my appearance on behalf of Defendant, JAYLEN BRANCHEAU, in the above-captioned matter.

SOVICH MINCH, LLP,

*/s/ Theodore J. Minch*

Theodore J. Minch (IN#18798-49)
445 N. Pennsylvania St., Ste 405
Indianapolis, Indiana 46204
Tel: (317) 939-1050
Email: tjminch@sovichminch.com

*Attorney for Jaylen Brancheau, Defendant*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system, this  28th  day of  March , 2019:

Jeffrey D. Preston, Esq.
    Assistant United States Attorney for the
    Southern District of Indiana
    jeffrey.preston@usdoj.gov

*/s/ Theodore J. Minch*
Theodore J. Minch (IN#18798-49)
SOVICH MINCH, LLP